(85 South. 924)

CAMPBELL v. CITY OF HUNTSVILLE. (8 Div. 765.) (Court of Appeals of Alabama. June 1, 1920.) Appeal from Circuit Court, Madison County; Robt. C. Brickell, Judge. Lanier & Pride, of Huntsville, for appellee.

MERRITT, J. Appeal dismissed.

(87 South. 926)

CAMPBELL v. STATE. (3 Div. 367.) (Court of Appeals of Alabama. Jan. 11, 1921.) Appeal from Circuit Court, Autauga County; B. K. McMorris, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

(85 South. 925)

CARTER et al. v. GAINES et al. (2 Div. 212.) (Court of Appeals of Alabama. June 17, 1920.) Appeal from Circuit Court, Marengo County; R. I. Jones, Judge. I. I. Canterbury, of Linden, for appellees.

PER CURIAM. Appeal dismissed for want of prosecution.

(84 South. 926)

CASTONA et al. v. STATE. (1 Div. 347.) (Court of Appeals of Alabama. Nov. 25, 1919.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. J. Q. Smith, Atty. Gen., for the State.

SAMFORD. J. Appeal dismissed.

(85 South. 925)

CENTRAL OF GEORGIA RY. CO. v. ISBELL. (7 Div. 632.) (Court of Appeals of Alabama. Jan. 20, 1920.) Appeal from Circuit Court, Shelby County; Hugh D. Merrill, Judge. London, Yancey & Brower, of Birmingham, for appellant. Riddle & Ellis, of Columbiana, for appellee.

BRICKEN, P. J. Affirmed on certificate.

(81 South. 893)

CITIZENS' LOAN & SAVINGS CO. v. ARWOOD. (6 Div. 545.) (Court of Appeals of Alabama. Jan. 14, 1919.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. J. T. Glover and Weatherly, Deedeyer & Birch, all of Birmingham, for appellant. Sterling A. Wood, of Birmingham, for appellee.

SAMFORD, J. The appeal is dismissed.

(84 South. 926)

CLISBY v. STATE. (6 Div. 594.) (Court of Appeals of Alabama. Jan. 16, 1920.) Appeal from Circuit Court, Jefferson County; C. W. Ferguson, Judge. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed on motion of Attorney General.

(84 South. 926)

COGBILL v. STATE. (5 Div. 310.) (Court of Appeals of Alabama. Nov. 15, 1919.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

(81 South. 893)

CORBIN v. STATE. (4 Div. 578.) (Court of Appeals of Alabama. Jan. 23, 1919.) Appeal from Circuit Court, Covington County; A. B. Foster, Judge. Emmett S. Thigpen, Atty. Gen., for the State.

PER CURIAM. Appeal abated by death of appellant.

(84 South. 926)

CORKRAN v. STATE. (6 Div. 580.) (Court of Appeals of Alabama. Jan. 13, 1920.) Appeal from Circuit Court, Marion County; C. P. Almon, Judge. E. B. & K. V. Fite and C. E. Mitchell, all of Hamilton, for appellant. J. Q. Smith, Atty. Gen., and Horace Wilkinson, Asst. Atty. Gen., for the State.

PER CURIAM. Affirmed, upon the authority of Corkran v. State, Supreme Court, 84 South. 743.[1] For former report of this case, see Corkran v. State, ante, p. 112, 82 South. 560.

(86 South. 926)

CORONA COAL CO. v. WRIGHT et al. (6 Div. 618.) (Court of Appeals of Alabama. May 18, 1920.) Appeal from Circuit Court, Walker County; J. J. Curtiss, Judge. Action for damages to land, by pollution of stream, by L. H. Wright and others against the Corona Coal Company. From a judgment for plaintiffs, defendant appeals. Affirmed. A. F. Fite, of Jasper, for appellant. Ray & Cooner, of Jasper, for appellees.

SAMFORD, J. The judgment in this case is affirmed, on authority of Corona Coal Co. v. Hooker (Sup. Ct. 6 Div. 39) 204 Ala. 221, 85 South. 477. Affirmed.

(81 South. 893)

COURSON v. STATE. (5 Div. 305.) (Court of Appeals of Alabama. April 17, 1919.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed at instance of appellee.

(82 South. 894)

COX v. STATE. (8 Div. 626.) (Court of Appeals of Alabama. June 10, 1919.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.